AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **1/30/18**

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:18-CV-28

Plaintiff:
**Barkan Wireless IP Holdings, LP**
vs.
Defendant:
**Samsung Electronics Co, Ltd, et al**

For: Susman Godfrey, LLP

Received by Austin Process LLC on the 30th day of January, 2018 at 2:08 pm to be served on **Cellco Partnership dba Verizon Wireless by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 N Orange St, Wilmington, New Castle County, DE 19801.** I, __DENORRIS BRITT__, being duly sworn, depose and say that on the __31__ day of __JANUARY__, 20__18__ at __12:45__ p.m., executed service by delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement with Exhibits A-C** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency at _____.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ at _____.

(X) CORPORATE SERVICE: By serving __AMY MCLAREN__ as __MANAGING AGENT__ at __1209 ORANGE ST., WILMINGTON, DE__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____ at _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __31__ day of __JANUARY__, 20__18__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

_____
DENORRIS BRITT
PROCESS SERVER # __1958__
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2018001070
Ref: Barkan Wireless IP Holdings v Samsung

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e