**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| **v.** | ) <br> ) |
| | )    **C.A. No. 2:18-cv-00028** |
| **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., VERIZON COMMUNICATIONS, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** | ) <br> )    **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT VERIZON COMMUNICATIONS INC.**

Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan") and Defendants Verizon Communications Inc. ("VCI") and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") submit the following Stipulation of Dismissal Without Prejudice as to Defendant VCI and in support thereof state:

1.       On January 30, 2018, Barkan filed suit against VCI, Verizon Wireless, Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. for infringement of U.S. Patent Nos. 8,014,284 ("the '284 patent"), 8,559,312 ("the '312 patent"), and 9,392,638 ("the '638 patent") (collectively, the "Patents-in-Suit").

2.       VCI and Verizon Wireless represent and warrant that:

      a.       VCI is a holding company that has no employees, sales representatives, or distributors.  Furthermore, VCI does not instruct, direct, or control the activities of its subsidiaries (or any other entity) relevant to (i) the operation or design of any cellular

telephone communications network; or (ii) the operation or design of wireless device features and functionality.

b.      VCI and Verizon Wireless agree that for purposes of discovery in this case, documents and information in the possession, custody or control of VCI or any of its subsidiaries are deemed also to be in the possession, custody and control of Verizon Wireless.  Verizon Wireless will not object to a request for deposition on the grounds that the prospective deponent is an employee of VCI or any of its subsidiaries (though nothing in this stipulation prevents Verizon Wireless from objecting to a deposition on other grounds).

c.      VCI and Verizon Wireless agree that for purposes of conducting a reasonable royalty analysis in this case, any VCI documents or information relevant to the reasonable royalty analysis will be treated the same as if the documents or information were from Verizon Wireless, including but not limited to any profits, revenues, cost savings, or other benefits that VCI received from infringement of the Patents-in-Suit.  Verizon Wireless shall not object to damages awarded on the ground that such damages should be assessed against VCI rather than against Verizon Wireless.

d.      VCI and Verizon Wireless agree that Verizon Wireless is the proper party to defend against allegations made in this patent infringement lawsuit. Furthermore, VCI and Verizon Wireless warrant that Verizon Wireless and/or any assignee of Verizon Wireless is able to satisfy any judgment against it in this case. VCI and Verizon Wireless each warrant and represent that they will not take any action that will cause Verizon Wireless to be unable to fully satisfy any judgment entered in this case.

3.      Barkan expressly does not stipulate or agree to any of the foregoing facts and reserves its right to dispute any of the foregoing factual representations with evidence to the contrary.

4.      In reliance upon the representations and warranties made in paragraphs 2(a)–2(d) above, Barkan agrees to dismiss VCI without prejudice as allowed under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

5.      Barkan has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim Barkan has or may have in the future against any defendant named in this action or any other asserted infringer of the patents-in-suit.  All rights have been expressly reserved.

Accordingly, Barkan, VCI, and Verizon Wireless request that the Court enter the attached order dismissing VCI without prejudice.

Dated: September 7, 2018                                    Respectfully submitted,


*/s/ Max L. Tribble, Jr., with permission by*
*Michael E. Jones*
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: mtribble@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
**SUSMAN GODFREY, LLP**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: mberry@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
**SUSMAN GODFREY, LLP**
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: boconnell@susmangodfrey.com

S. Calvin Capshaw
Texas State Bar No. 03783900
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com


*/s/ Michael E. Jones*
Michael E. Jones – Lead Counsel
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, TX 75710
Tel: (903) 597-8311
Fax: (903) 593-0846

Kevin P. Anderson
kanderson@wileyrein.com
**WILEY REIN LLP**
1776 K Street, NW
Washington, D.C. 20006
Tel: 202.719.7000
Fax: 202.719.7049

*Attorneys   for   Defendants   Cellco*
*Partnership d/b/a Verizon Wireless and*
*Verizon Communications Inc.*

4

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: claire@wsfirm.com

Michael F. Heim
Texas State Bar No. 09380923
Robert Allan Bullwinkel
Texas State Bar No. 24064327
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile:  (713) 221-2021
Email: mheim@hpcllp.com
Email: abullwinkel@hpcllp.com

Douglas R. Wilson
**HEIM, PAYNE & CHORUSH, LLP**
9442 Capital of Texas Hwy North
Plaza 1, Suite 500-146
Austin, Texas 78759
Telephone: (512) 343-3622
E-mail: dwilson@hpcllp.com

*Attorneys for Plaintiff Barkan Wireless*
*IP Holdings, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 7, 2018.

/s/ Michael E. Jones
Michael E. Jones