**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00028-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,  VERIZON COMMUNICATIONS, INC.,  CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan") and Defendants Verizon Communications, Inc. ("VCI") and Cellco Partnership d/b/a Verizon Wireless' ("Verizon Wireless") Stipulation of Dismissal Without Prejudice (the "Stipulation") as to VCI.  (Dkt. No. 54.)  In light of the Stipulation, it is hereby **ORDERED** that Barkan's claims against VCI are **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own costs and attorneys' fees.

So Ordered this
Sep 10, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE