# EXHIBIT 1

RESTRICTED-ATTORNEYS' EYES ONLY

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | |
| **BARKAN WIRELESS IP HOLDINGS, L.P.,** | § | |
| | | |
| **Plaintiff,** | | |
| | § | |
| **v.** | § | **Civil Action No. 2:18-CV-28** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD, et al.,** | § | |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |
| | § | |

<u>**REBUTTAL EXPERT REPORT OF DR. GARY LOMP REGARDING VALIDITY**</u>

RESTRICTED – ATTORNEYS' EYES ONLY

## TABLE OF CONTENTS

I.    INTRODUCTION                                                                    1
II.   QUALIFICATIONS                                                                  1
III.  TECHNICAL AND LEGAL BASES FOR MY OPINIONS                                       1
      A.   Materials Considered                                                       1
      B.   Claim Interpretation                                                       2
      C.   Presumption of Validity                                                    4
      D.   Anticipation                                                               4
      E.   Obviousness                                                                5
      F.   Written Description                                                        8
      G.   Person of Ordinary Skill in the Art                                        9
IV.   PROSECUTION HISTORY OF THE ASSERTED PATENTS                                    10
V.    OVERVIEW OF THE ASSERTED PATENTS                                               11
VI.   PRIORITY DATE OF THE ASSERTED PATENTS                                          11
      A.   The '284 Patent Claimed Invention was conceived prior to July 15, 1999 by Elad Barkan    11
      B.   '284 Patent Claim 1:                                                      17
           1.   (a) A gateway to a packet-based data network comprising:             17
           2.   a transceiver adapted to establish a radio-frequency link with a mobile device;   18
           3.   a first interface adapted to facilitate data flow between the mobile device and the packet-based data network; and    19
           4.   A controller adapted to regulate data flow between the mobile device and the data network based, at least partially, on information received over the data network from a coordination center, which center is connected to the data network through a second interface.    21
           5.   Inherency of Controller in Base Station                              25
      C.   Dependent claims of the '284 Patent                                       25
      D.   '312 Patent Claim 1:                                                      27
           1.   A gateway to a packet-based data network comprising:                 27
           2.   a transceiver adapted to establish a radio-frequency link with a mobile device;   28
           3.   a connector to a packet based data network; and                      28
           4.   a connection regulator adapted to facilitate data flow between the mobile device and the packet-based data network    29
           5.   Inherency of Controller in Base Station                              31
           6.   A coordination center adapted to communicate with said gateway via the packet based data network    32
           7.   Wherein said gateway is adapted to send to said coordination center physical location related information and said coordination center is adapted to trace the physical location of said gateway    34
      E.   '312 Claim 8                                                              34
           1.   A system for providing wireless access to a packet-based data network comprising;    34
           2.   a gateway to a packet-based data network comprising:                 35
           3.   a transceiver adapted to establish a radio frequency link with a mobile device;   35
           4.   a connector to a packet-based data network                          35
           5.   a connection regulator adapted to facilitate data flow between the mobile device and the packet-based data network;    35

RESTRICTED – ATTORNEYS' EYES ONLY

6.    wherein said gateway is associated, with a unique identity bound, to a cryptographic key; and      35

7.    coordination center adapted to communicate with said gateway via the packet-based data network.      36

8.    Dependent claims of the '312 Patent      38

F.    Claim 17 of the '638 Patent]      40

1.    An add-on base station comprising      40

2.    a transceiver adapted to establish a radio-frequency link with a mobile device      40

3.    a first interface, separate from said transceiver, that is adapted for communication over the public Internet      41

4.    A controller adapted to:      42

5.    Wherein the server system is adapted to authorize and de-authorize add-on base stations to route data to the remote gateway through the public Internet by recurrently issuing an operating authorization for the add-on base station      46

G.    Claim 27 of the '638 Patent      46

1.    An add-on base station comprising      46

2.    a transceiver adapted to establish a radio-frequency link with a mobile device      47

3.    a first interface, separate from said transceiver, that is adapted for communication over the public Internet      47

4.    A controller adapted to:      47

5.    Wherein the server system is adapted to authorize and de-authorize add-on base stations to route data to the remote gateway through the public Internet by recurrently issuing an operating authorization for the add-on base station      49

H.    Dependent claims of the '638 Patent      49

VII. OVERVIEW OF THE PRIOR ART      50

A.    Farris      50

B.    Bergenwall      53

C.    Jiang      54

D.    Hyziak      55

E.    Ginzboorg      55

F.    Yeh      56

G.    Lemieux      56

H.    Cheng      56

I.    Wallstedt      57

J.    Schellinger      57

K.    Jarett      57

L.    Vedel      57

M.    Reed      58

N.    Kari      58

O.    SSL 3.0      59

P.    RFC 2284      59

Q.    RFC 2401      59

R.    Zimmerman      60

S.    GSM 03.03      60

T.    Shibasaki      60

VIII. '284 PATENT IS VALID      61

RESTRICTED – ATTORNEYS' EYES ONLY

A.   Farris                                                                                        62
   1.   Obviousness Combinations Regarding Farris                                         63
   2.   "packet-based data network"                                                      63
   3.   "coordination center"                                                            73
   4.   "regulat[e/ing] data flow"                                                       79
   5.   "consideration-related policy database"                                          79
   6.   "report the gateway's physical location to the coordination center"             82
   7.   Mr. Lanning Mixes Farris Embodiments                                            84
B.   Bergenwall                                                                           85
   1.   Obviousness Combinations Regarding Bergenwall                                     85
   2.   Bergenwall is a fundamentally different system than the Barkan Patents            85
   3.   Controller adapted to regulate data flow between the mobile device and the data
        network                                                                          87
   4.   Coordination center                                                              91
   5.   No motivation to combine Bergenwall and Hyziak                                    92
   6.   Combination of Bergenwall and Vedel does not disclose a coordination center       92
   7.   Combination of Bergenwall and Kari does not disclose a coordination center        93
   8.   Consideration-related policy database                                             95
   9.   Wherein said controller is further adapted to conduct encrypted communications    96
C.   Jiang                                                                               97
   1.   Controller                                                                        97
   2.   Coordination center                                                               97
   3.   Consideration-related policy database                                             99
   4.   Wherein said controller is further adapted to report the gateway's physical location to
        the coordination center                                                          99
   5.   Wherein said controller is further adapted to report the gateway's operational status to
        the coordination center                                                          101
D.   Hyziak                                                                              102
   1.   Packet-based data network                                                        102
   2.   A controller adapted to regulate data flow between the mobile device and the data
        network based, at least partially, on information received over the data network from a
        coordination center                                                             102
   3.   Coordination center                                                             103
   4.   Wherein said controller is further adapted to report the gateway's physical location to
        the coordination center                                                         104
   5.   Claims 4, 6-9                                                                    104
IX.   '312 PATENT IS VALID                                                               104
   A.   Farris                                                                           104
      1.   Obviousness Combinations Regarding Farris                                     104
      2.   "connection regulator"                                                        105
      3.   "coordination center"                                                         106
      4.   "physical location"                                                           106
      5.   "identities of sources of radio signals and levels of reception of the radio signals"  107
      6.   "remote gateway"                                                              109
      7.   "periodic update"                                                             109
   B.   Bergenwall                                                                       110

RESTRICTED – ATTORNEYS' EYES ONLY

1. Obviousness Combinations Regarding Bergenwall 110
2. Connection regulator adapted to facilitate data flow between the mobile device and the packet-based data network 111
3. Coordination center 111
4. Wherein said gateway is further adapted to authenticate itself to said coordination center using said cryptographic key 111
5. Wherein said gateway is adapted to encrypt communications using said cryptographic key 112
6. Wherein the gateway is further adapted to transmit a periodic update to the coordination center via the public Internet 112
7. Wherein the gateway is adapted to report the physical location of the gateway to the coordination center by detecting transmissions from base stations and reporting an identity of the base stations and received signal level of transmissions from the base station 114
C. Jiang 115
1. Connection regulator 115
2. Wherein said gateway is adapted to determine a physical location of said gateway 116
3. A global positioning system (GPS) device 116
4. Coordination center 116
5. Wherein the packet-based data network comprises the public Internet 116
6. Claims 16-21 116
D. Hyziak 116
1. Packet-based data network 116
2. Connection regulator 117
3. Claims 8-11 and 14-21 117
X. '638 PATENT IS VALID 117
A. Farris 117
1. Obviousness Combinations Regarding Farris 117
2. "determine current geographical location data" 119
3. "transmit recurrent updates" 120
4. "authorize and de-authorize add-on base stations . . . by recurrently issuing an operating authorization" 123
5. "determine whether the add-on base stations is operating properly" 124
B. Bergenwall 125
1. Obviousness Combinations Regarding Bergenwall 125
2. Controller 127
3. Determine current geographical location data for the add-on base station by detecting a transmission and power level of the transmission from one or more other base stations, wherein the current geographical location data includes an identity and power level of the transmission from the one or more other base stations 129
4. Transmit recurrent updates regarding current operating parameters to a server of a server system via the public Internet, wherein the current operating parameters include current geographical location data 130
5. Wherein the server system is adapted to authorize and de-authorize add-on base stations to route data to the remote gateway through the public Internet by recurrently issuing an operating authorization for the add-on base station 132

RESTRICTED – ATTORNEYS' EYES ONLY

6.    Wherein at least one server of the server system is adapted to determine whether the add-on base station is operating properly and to authorize and de-authorize the add-on base station based on the determination of whether the add-on base station is operating properly 136

7.    Wherein the server system is adapted to authorize and de-authorize the add-on base station to route data to the remote gateway through the public Internet based on the recurrent updates 137

8.    Wherein mobile devices authorized to route data using the add-on base station are authorized based on an authorization process beyond an authorization process used by the telephone service provider in providing access to cellular services through cellular base stations installed by the telephone service provider 137

9.    Wherein each recurrent issuance of the operating authorization temporarily licenses the respective add-on base station to route data to the remote gateway through the public Internet 138

XI.   WRITTEN DESCRIPTION/ENABLEMENT 139
    A.   Consideration-Related Policy Database 139
    B.   Coordination Center 140
    C.   Public Internet 141
    D.   Transmit Recurrent Updates 143
    E.   Server of a Server System 144
XII.  DOUBLE PATENTING 145
    A.   '284 Patent 145
        1.   Coordination Center 145
    B.   '312 Patent 146
        1.   Coordination center 146
        2.   Unique identity bound to a cryptographic key 146
XIII. SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS 146
    A.   Long Felt Need 146
    B.   Commercial Success 147
    C.   Praise of the Invention 148
XIV.  MARKING 148
    A.   Background 148
    B.   Bzeekland Never Made, Sold, or Offered for Sale any Physical Apparatus 149
    C.   The Bzeekland Product on Which Mr. Lanning Relies Consisted Solely of Software Not Covered by the Asserted Patents 151
XV.   NON-INFRINGING ALTERNATIVES 155
    A.   OTAR 155
    B.   Wi-Fi Calling 156
    C.   Single Authorization 158
XVI.  LICENSE COMPARABILITY 160
XVII.  CONCLUSIONS 161

RESTRICTED – ATTORNEYS' EYES ONLY

## I. Introduction

1. I have been retained by Heim, Payne & Chorush, counsel for Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan"), as an independent technical expert in this litigation. Among other things, I have been asked by counsel to opine on the validity of certain claims from U.S. Patent No. 8,014,284 (the "'284 Patent"), U.S. Patent No. 8,559,312 (the "'312 Patent"), and U.S. Patent No. 9,392,638 (the "'638 Patent") (collectively, "Asserted Patents"). Specifically, I have been asked by counsel to review the Opening Expert Report of Mark Lanning regarding validity of the Asserted Patents ("Lanning Report") and to offer rebuttal opinions when I disagree with the opinions expressed in the Lanning Report.

2. The statements made in this expert report are made on my own personal knowledge and opinion, and I can and will testify competently to the content of this expert report if called on to do so at trial. I reserve the right to supplement or modify my opinions as the lawsuit develops or as new facts or other relevant information are uncovered and to testify in that regard, including testimony in rebuttal to opinions offered by experts representing Verizon and/or Samsung either prior to or during trial. I also intend to prepare demonstrative exhibits that are consistent with my opinions in this report for use at trial.

3. I am being compensated at my standard consulting rate of $400 per hour. My compensation is not dependent on the outcome of this case.

## II. Qualifications

4. My qualifications for forming the opinions in this expert report are set forth in my prior Expert Report of Dr. Gary Lomp Regarding Infringement, submitted on March 29, 2019. Rather than repeat those qualifications, I incorporate them by reference.

## III. Technical and Legal Bases for My Opinions

### A. Materials Considered

5. In addition to the materials I have already reviewed as part of my Infringement Report, I have reviewed the following additional materials:

   a. Expert Report of Mr. Lanning, including all exhibits