# EXHIBIT 2

RESTRICTED-ATTORNEYS' EYES ONLY

Page 1

DR. GARY LOMP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BARKAN WIRELESS IP          )
HOLDINGS, L.P.,             )
                            )  Case No.:2:18-cv-28
            Plaintiff,      )
                            )
VS.                         )
                            )
SAMSUNG ELECTRONICS         )
CO., LTD., SAMSUNG          )
ELECTRONICS AMERICA,        )
INC., VERIZON               )
COMMUNICATIONS, INC.        )
AND CELLCO PARTNERSHIP      )
d/b/a VERIZON WIRELESS,     )
                            )
            Defendants.     )
                            )

RESTRICTED-ATTORNEYS' EYES ONLY

ORAL AND VIDEOTAPED DEPOSITION

OF DR. GARY LOMP

MAY 6, 2019

REPORTED BY: KATERI A. FLOT-DAVIS, CSR, CCR

JOB NO: 159913

TSG Reporting - Worldwide - 877-702-9580

RESTRICTED-ATTORNEYS' EYES ONLY

Page 2

DR. GARY LOMP

ORAL DEPOSITION OF DR. GARY LOMP, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above styled and numbered cause on May 6, 2019, from 8:58 a.m. to 6:20 p.m., before KATERI A. FLOT-DAVIS, CSR, CCR in and for the State of Texas, reported by machine shorthand, at the offices of Heim Payne & Chorush LLP, 1111 Bagby Street, Ste. 2100, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Page 3

DR. GARY LOMP
A P P E A R A N C E S

FOR THE PLAINTIFF:
BLAINE LARSON, ESQ.
Heim Payne & Chorush
1111 Bagby Street
Houston, TX 77002

FOR THE DEFENDANT:
JAMES HEINTZ, ESQ.
DLA Piper
11911 Freedom Drive
Reston, VA 20190

FOR THE DEFENDANT:
KEVIN ANDERSON, ESQ.
Duane Morris
505 9th Street Northwest
Washington, DC 20004

Also Present:
Mark Lanning
Darryl Russell, Videographer

Page 4

DR. GARY LOMP
INDEX

PAGE

Appearances........................    3

DR. GARY LOMP

Examination by Mr. Heintz..........    9
Examination by Mr. Anderson........    226
Examination Mr. Larson.............    328

Signature and Changes...............    331
Reporter's Certificate..............    333

Page 5

DR. GARY LOMP

EXHIBITS

NO.        DESCRIPTION        PAGE

Exhibit 1    Expert Report of
             Dr. Gary Lomp Regarding
             Infringement............    9

Exhibit 2    Rebuttal Expert Report of
             Dr. Gary Lomp Regarding
             Validity................    68

Exhibit 3    Opening Expert Report of
             Mark Lanning............    135

Exhibit 4    Rebuttal Expert Report of
             Mark Lanning............    56

Exhibit 5    United States Patent
             Barkan Patent No:
             US 8,014,284 BS Date of
             Patent: Sep 6, 2011.....    36

2 (Pages 2 to 5)

Case 2:18-cv-00028-JRG   Document 156-2   Filed 05/17/19   Page 4 of 5 PageID #: 6339

Case 2:18-cv-00028-JRG   Document 156-2   Filed 05/17/19   Page 5 of 5 PageID #: 6340