# EXHIBIT 3

RESTRICTED-ATTORNEYS' EYES ONLY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:18-CV-28** |
| **SAMSUNG ELECTRONICS CO., LTD, et al.,** | |
| | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**<u>EXPERT REPORT OF DR. GARY LOMP REGARDING INFRINGEMENT</u>**

RESTRICTED – ATTORNEYS' EYES ONLY

**EXHIBIT LIST**

1.  CV

2.  Materials Considered

3.  Barkan's Second Amended Infringement Contentions

RESTRICTED – ATTORNEYS' EYES ONLY

RESTRICTED – ATTORNEYS' EYES ONLY

## TABLE OF CONTENTS

I.  INTRODUCTION .................................................................................................... 1
  A.  The Asserted Patents ...................................................................................... 1
  B.  Retention ........................................................................................................ 1
  C.  Nature of this Report ...................................................................................... 1
  D.  Overview of Opinions Regarding Infringement ............................................ 2
  E.  Preparation ..................................................................................................... 2
  F.  Qualifications ................................................................................................. 3
  G.  Person of Ordinary Skill ............................................................................... 5
  H.  Applicable Legal Standard ............................................................................ 6
      1.  Direct Infringement ................................................................................ 6
      2.  Claim Construction ................................................................................. 7
II.  BACKGROUND OF THE ART .............................................................................. 9
  A.  Base Stations ................................................................................................. 9
      1.  Cellular Communications ....................................................................... 9
      2.  Conventional Base Stations .................................................................. 13
      3.  Problems with Conventional Base Stations .......................................... 14
III.  OVERVIEW OF THE ASSERTED PATENTS AND CLAIMS ........................... 15
  A.  Specification Overview ............................................................................... 15
  B.  Asserted Patents and Claims ....................................................................... 18
      1.  U.S. Patent No. 8,014,284 .................................................................... 18
      2.  U.S. Patent No. 8,559,312 .................................................................... 19
      3.  U.S. Patent No. 9,392,638 .................................................................... 19
IV.  INFRINGEMENT OF THE ASSERTED CLAIMS .............................................. 20
  A.  Accused Products ......................................................................................... 20
      1.  3G Network Extenders and Architecture .............................................. 23
      2.  4G Network Extenders and Architecture .............................................. 27
  B.  '284 Patent .................................................................................................. 30
      1.  Claim 1 .................................................................................................. 30
      2.  Claim 4 .................................................................................................. 64
      3.  Claim 5 .................................................................................................. 69
      4.  Claim 6 .................................................................................................. 83
      5.  Claim 7 .................................................................................................. 85
      6.  Claim 8 .................................................................................................. 87
      7.  Claim 9 .................................................................................................. 89
      8.  Claim 10 ................................................................................................ 97
  C.  '312 Patent .................................................................................................. 102
      1.  Claim 1 .................................................................................................. 102
      2.  Claim 3 .................................................................................................. 107
      3.  Claim 8 .................................................................................................. 109
      4.  Claim 9 .................................................................................................. 114
      5.  Claim 10 ................................................................................................ 115
      6.  Claim 11 ................................................................................................ 124
      7.  Claim 14 ................................................................................................ 125
      8.  Claim 15 ................................................................................................ 126
      9.  Claim 16 ................................................................................................ 129

RESTRICTED – ATTORNEYS' EYES ONLY

|  |  |  |  |
|---|---|---|---|
| 10. | Claim 17 |  | 130 |
| 11. | Claim 18 |  | 130 |
| 12. | Claim 19 |  | 130 |
| 13. | Claim 20 |  | 131 |
| 14. | Claim 21 |  | 131 |
| 15. | Claim 22 |  | 132 |
| D. | '638 Patent |  | 133 |
| 1. | Claim 17 |  | 133 |
| 2. | Claim 20 |  | 163 |
| 3. | Claim 21 |  | 167 |
| 4. | Claim 22 |  | 171 |
| 5. | Claim 25 |  | 172 |
| 6. | Claim 26 |  | 174 |
| 7. | Claim 27 |  | 176 |
| 8. | Claim 30 |  | 178 |
| 9. | Claim 31 |  | 178 |
| 10. | Claim 32 |  | 179 |
| 11. | Claim 35 |  | 179 |
| 12. | Claim 36 |  | 179 |
| V. | DAMAGES-RELATED ISSUES |  | 179 |
| A. | Summarization of Other Licensed Patents |  | 179 |
| B. | Patented Technology Provides 100% of the Value of a Femtocell |  | 179 |
| C. | Non-Infringing Alternatives |  | 180 |
| VI. | CONCLUSIONS |  | 182 |

RESTRICTED – ATTORNEYS' EYES ONLY

## I.  Introduction

### A.  The Asserted Patents

1. In this litigation, Barkan Wireless IP Holdings, L.P. ("Barkan") has asserted that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. (collectively, "Samsung"), Verizon Communications, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Verizon") directly infringe various claims of U.S. Patent No. 8,014,284 (the "'284 Patent"), U.S. Patent No. 8,559,312 (the "'312 Patent"), and U.S. Patent No. 9,392,638 (the "'638 Patent"). Each of these patents shares a common specification. I will refer to these patents collectively as the "Asserted Patents." For ease, I will cite to the specification of the '284 Patent when appropriate.

### B.  Retention

2. I have been retained by Barkan in this litigation as an independent technical expert. I am being paid for my work in this litigation at the rate of $400 per hour, plus reimbursement of direct expenses. My compensation does not depend on the outcome of this litigation. I have no other interest in this litigation or the parties thereto.

### C.  Nature of this Report

3. This expert report addresses my opinions, and the bases therefore, regarding the infringement of the Asserted Claims by Samsung and Verizon (collectively "Defendants") via their manufacture, use, offer for sale, and/or sale of various base stations. All of the opinions stated in this expert report are based on my personal knowledge, professional judgment, and study of the information available to me at the time of its writing, and if called as a witness during the trial in this matter I am prepared to testify competently about them. If allowed under the Local Rules, I may update, supplement, or amend this report if additional information becomes available between now and trial that is significant to the opinions set forth in this expert report.

1