**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **C.A. No. 2:18-cv-00028-JRG** |
| **SAMSUNG ELECTRONICS CO., LTD.,** ) | |
| **SAMSUNG ELECTRONICS AMERICA,** ) | **JURY TRIAL DEMANDED** |
| **INC., VERIZON COMMUNICATIONS,** ) | |
| **INC. and CELLCO PARTNERSHIP d/b/a** ) | |
| **VERIZON WIRELESS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT MOTION TO STAY**
**ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Barkan Wireless IP Holdings, L.P. and Defendants Samsung Electronics Co.,

Ltd., Samsung Electronics America, Inc. LLC, and Cellco Partnership d/b/a Verizon Wireless

("Parties") have settled, in principle, this matter between the parties. Accordingly, the parties

jointly move the Court to stay the above-captioned case, including any and all deadlines on the

Court's Docket Control Order, for thirty (30) days in which to finalize the settlement of this

matter.

DATED: May 22, 2019                     Respectfully Submitted,


By:  */s/ Mark Fowler*_____
     Melissa R. Smith
     melissa@gillamsmithlaw.com
     State Bar No. 24001351
     GILLAM & SMITH LLP
     303 S. Washington Ave.
     Marshall, TX  75670

     Mark Fowler (*pro hac vice*)
     mark.fowler@dlapiper.com
     Aaron Wainscoat (*pro hac vice*)
     aaron.wainscoat@dlapiper.com
     Erik R. Fuehrer
     erik.fuehrer@dlapiper.com
     DLA Piper LLP (US)
     2000 University Avenue
     Palo Alto, CA  94303-2215
     Tel:  (650) 833-2000
     Fax:  (650) 833-2001

     James M. Heintz (*pro hac vice*)
     jim.heintz@dlapiper.com
     11911 Freedom Drive
     Reston, VA  20190
     Tel:  (703) 733-4000
     Fax:  (703)733-5000

     Patrick S. Park (*pro hac vice*)
     patrick.park@dlapiper.com
     DLA PIPER LLP (US)
     2000 Avenue of the Stars
     Suite 400 North Tower
     Los Angeles, CA  90067-4704
     Tel:  (310) 595-3000
     Fax:  (310) 595-3300

     **ATTORNEYS FOR DEFENDANTS
     SAMSUNG ELECTRONICS CO., LTD. and
     SAMSUNG ELECTRONICS AMERICA,
     INC.**

*/s/ Kevin Anderson*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
505 9th Street, NW, Suite 1000
Washington, D.C. 20004
Tel: 202.776.5213
Fax: 202.315.3169

Alison Haddock Hutton
ahhutton@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

**ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS**


*/s/ William D. O'Connell*
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
Email: mtribble@susmangodfrey.com

3

Matthew R. Berry
Washington State Bar No. 37364
Jenna Golda Farleigh
Washington State Bar No. 47392
**SUSMAN GODFREY, LLP**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
Email: mberry@susmangodfrey.com
Email: jfarleigh@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
SUSMAN GODFREY, LLP
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile:  (212) 336-8340
Email: boconnell@susmangodfrey.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323
Email: jw@wsfirm.com
Email: claire@wsfirm.com

Michael F. Heim
Texas State Bar No. 09380923
Robert Allan Bullwinkel
Texas State Bar No. 24064327
Blaine A. Larson

Texas State Bar No. 24083360
HEIM, PAYNE & CHORUSH, LLP
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile:  (713) 221-2021
Email: mheim@hpcllp.com
Email: abullwinkel@hpcllp.com
Email: blarson@hpcllp.com

Douglas R. Wilson
Texas State Bar No. 24037719
HEIM, PAYNE & CHORUSH, LLP
9442 Capital of Texas Hwy.
Plaza I, Suite 500-146
Austin, Texas 78759
Telephone: (512) 343-3622
Facsimile:  (512) 345-2924
Email: dwilson@hpcllp.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 22, 2019

*/s/ Melissa R. Smith*