**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:18-CV-00028-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC.,   CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Barkan Wireless IP Holdings, L.P.'s ("Plaintiff") and

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Cellco

Partnership d/b/a Verizon Wireless's (collectively "Defendants") (together, "Parties") Joint

Motion for Entry of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)

and 41(c) and a confidential settlement agreement (the "Motion").  (Dkt. No. 165 at 1.)  Having

considered the same, the Court is of the opinion that the Motion should be and hereby is

**GRANTED**.[1]

It is therefore **ORDERED** that all claims and counterclaims in the above-captioned case

asserted between the Parties are hereby **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that each party shall bear its own costs, expenses, and attorneys' fees.  Additionally,

---

[1] Although Defendants have filed answer in this case (Dkt. Nos. 23, 25), the Court finds that dismissal is appropriate by treating the Motion as either a *stipulation* under Federal Rule of Procedure 41(a)(1)(A)(ii) or a joint *motion* under Rule 41(a)(2).  The Court shall give effect to the Parties' joint request for dismissal.

all other pending relief requested between the Parties are hereby **DENIED-AS-MOOT**.  The Clerk

of Court is directed to close the above-captioned case.

**So ORDERED and SIGNED this 3rd day of June, 2019.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE